# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES F. ROBERTSON, | Case No. 1:14-cv-00364-SAB |
| Plaintiff, | |
| v. | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER |
| JOHN DOE, et al., | |
| Defendants. | FOURTEEN DAY DEADLINE |

Plaintiff Charles F. Robertson filed this action on March 14, 2014. (ECF No. 1.) On December 22, 2014, Plaintiff's second amended complaint was screened and Plaintiff was ordered to either file an amended complaint or notify the Court that he was willing to proceed on the claims found to be cognizable within thirty days. (ECF No. 17.) On January 23, 2015, the action was stayed pending resolution of motions to dismiss in the related cases of Jackson v. California, No. 1:13-cv-01055-LJO-SAB, and Smith v. Schwarzenegger, No. 1:14-cv-00060-LJO-SAB. On October 19, 2015, the stay was lifted and Plaintiff was ordered to file an amended complaint or notify the Court of his willingness to proceed on the claims found to be cognizable in the December 22, 2014 screening order within fourteen days. More than fourteen days have passed and Plaintiff has not complied with or otherwise responded to the December 22, 2014 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules

1

or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE within **fourteen (14) days** of the date of entry of this order why this action should not be dismissed for failure to comply with the October 19, 2015 order. **Plaintiff is forewarned that the failure to show cause will result in dismissal of this action for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **December 2, 2015**

UNITED STATES MAGISTRATE JUDGE